# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| AMEEDAH E. JOHNSON<br><br>v.<br><br>ROCKET MORTGAGE, LLC, f/k/a NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), HOME TAX SOLUTIONS, LLC, and MCCALLA RAYMER LEIBERT PIERCE, LLP | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:26-CV-2636-S-BW |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff Ameedah E. Johnson's Emergency Motion to Extend Temporary Restraining Order [ECF No. 3] is **DENIED**.

**SO ORDERED.**

SIGNED August 31, 2026.

**UNITED STATES DISTRICT JUDGE**